# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marvin Patrick, ) | C/A No.: 0:15-cv-3507 DCN |
| Petitioner, ) | |
| vs. ) | **ORDER** |
| Warden of Federal Correctional Institution Estill, ) | |
| Respondent. ) | |

On March 20, 2018, this court issued an Order adopting the Magistrate Judge's Report and Recommendation and granted respondent's motion to dismiss for lack of jurisdiction. Judgment was entered in this case by the Clerk of Court on March 21, 2018. On March 29, 2018, petitioner filed his objections to the Report and Recommendation. Now therefore,

**IT IS HEREWITH ORDERED** that this court's Order filed on March 20, 2018, granting respondent's motion to dismiss for lack of jurisdiction, and the judgment filed on March 21, 2018 are herewith **VACATED**, and this matter is herewith reopened so that petitioner's objections and motion for reconsideration may be considered.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

April 17, 2018
Charleston, South Carolina